389 A.2d 187

Donovan, et al. v. Gestiehr (et al., Appellant).

Submitted April 11, 1977. Edwin J. Martin, for appellant; Harry R. Ruprecht, for appellees.

OPINION PER CURIAM: Reversed and remanded for new trial. *Weber v. Lynch*, 473 Pa. 599, 375 A.2d 1278, *aff'g*, 237 Pa.Super. 48, 346 A.2d 363 (1975).

WATKINS, former P. J., did not participate in the consideration or decision of this case.